UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In Re:                                                          Case No. 13-31771-GWE

Carrie Susanne Singleton,

     Debtor,

Virginia Housing Development Authority,            Chapter 13

     Movant,
                                                                Judge George W. Emerson
Vs.

Carrie Susanne Singleton,

     Respondent.

---

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO VIRGINIA HOUSING DEVELOPMENT AUTHORITY REGARDING REAL PROPERTY LOCATED AT 256 DOYLE WAY, VIRGINIA BEACH, VIRGINIA 23452**

---

TO THE HONORABLE, George W. Emerson, Jr., U.S. Bankruptcy Judge:


COMES NOW, Virginia Housing Development Authority (hereinafter referred to as VHDA) and would respectfully show to the Court that the Debtor executed a promissory note on February 16, 2007, in the amount of $205,730.00, and secured said note by real property Deed of Trust recorded in the Register's Office of Virginia Beach City County, Virginia, on the real property commonly known as 256 Doyle Way, Virginia Beach, Virginia 23452.  VHDA is the current holder of said note, and seeks relief from the automatic stay pursuant to 11 U.S.C 362(d)(1)(2).

VHDA would further show to the Court that the proposed Chapter 13 Plan surrenders said real property, but is silent as to the automatic stay.

VHDA asserts that the stay hereto issued should be removed pursuant to 11 U.S.C. 362(d)(1)(2) ; that the Provision of Rule 4001 (a) (3) should be waived.

PREMISES CONSIDERED, MOVANT PRAYS:

1.     That notice be afforded the Respondent.

2.     That a hearing date be set upon this Motion.

3.     That the Automatic Stay provisions of 11 U.S.C. 362(a) be terminated.

4.     That the Provision of Rule 4001 (a) (3) be waived.

5.     That VHDA be awarded its attorney fees and costs incurred in this action.

6.     That upon entry of an Order Granting the Motion for Relief, VHDA shall be relieved of the duty of filing and serving Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges as required by FRBP 3002.1(b) and FRBP 3002.1(c).

7.     For such other and further relief to which the VHDA may be entitled.

/s/ Leigh Hansom Skorupa
Leigh Hansom Skorupa (24750)
Attorney for Virginia Housing Development Authority
Law Offices of Shapiro & Kirsch, LLP
555 Perkins Road Extended, Second Floor
Memphis, TN 38117
Phone: (901)767-5566
Fax: (901) 767-8890
lskorupa@logs.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the Motion for Relief has been electronically served or mailed, postage prepaid on November 27, 2013

William A. Cohn
The Cohn Law Firm
291 Germantown Bend Cove
Cordova, TN 38018


Carrie Susanne Singleton
6012 Essex Street
Millington, TN 38053


Sylvia F. Brown
200 Jefferson Avenue
Suite # 1113
Memphis, TN 38103


/s/ Leigh Hansom Skorupa
Leigh Hansom Skorupa (24750)