UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                Chapter 13
CARRIE SUSANNE SINGLETON

Debtor(s)                                             Case No. 13-31771-E
_____
                            NOTICE OF HEARING
_____
     The Chapter 13 Trustee's Motion to Dismiss Chapter 13 having been filed by Sylvia Ford Brown  on December 10, 2013.

     NOTICE IS HEREBY GIVEN THAT:

     The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case shall be held on 1/2/2014, at  9:00 am in the United States Bankruptcy Court, Room 600, 200 Jefferson Avenue, Memphis, Tennessee, 38103.

     Debtors should contact their attorney to see if their attendance is necessary.  This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

                                        /S/ Sylvia Ford Brown
                                        CHAPTER 13 TRUSTEE

_____
                         MOTION TO DISMISS
              CHAPTER 13 CASE FOR SUFFICIENT GROUNDS
_____
     Comes now your Standing 13 Trustee who would show unto the Court that pursuant to 11 U.S.C. 1307 he or she reasonably believes there are sufficient grounds to dismiss this case.


     PREMISES CONSIDERED, your Trustee prays:
     1. That the matter be set for hearing.
     2. That the case be dismissed.
     3. That the Trustee be granted such other and further relief to which he or she may be entitled.

                                        /S/ Sylvia Ford Brown
                                        CHAPTER 13 TRUSTEE

CC:   CHAPTER 13 TRUSTEE

      CARRIE SUSANNE SINGLETON
      6012 ESSEX STREET
      MILLINGTON,  TN 38053

      COHN LAW FIRM