**Dated: January 17, 2014**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                                    IT516
                      UNITED STATES BANKRUPTCY COURT
                       WESTERN DISTRICT OF TENNESSEE

In re:                                              Chapter 13
CARRIE SUSANNE SINGLETON
Debtor(s)                                           Case No. 13-31771-E
SSN(1) XXX-XX-4715
```

---

ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS
FOR SUFFICIENT GROUNDS

---

  In this cause it appearing to the Court from the statements of Chapter 13 Trustee that the Trustee no longer believes there are sufficient grounds to dismiss the above referenced case and that good cause exists:

  IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Trustee's Motion to Dismiss for sufficient grounds is hereby withdrawn.

                                        /S/ Sylvia Ford Brown
                                        Chapter 13 Trustee

```
CC:   Sylvia Ford Brown
JB
      CARRIE SUSANNE SINGLETON
      6012 ESSEX STREET
      MILLINGTON, TN  38053

      COHN LAW FIRM
```