**Dated: January 23, 2014**
**The following is SO ORDERED:**

_George W Emerson Jr_
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE


In Re:                                              Chapter 13
CARRIE SUSANNE SINGLETON


Debtor(s)                                       Case No. 13-31771-E
SSN XXX-XX-4715

---

                        Order Confirming Plan

---

     It appearing to the Court that the debtor(s) has filed a plan which has
been sent to the scheduled creditors; that at the confirmation hearing it
appeared to the Court from statements of the Chapter 13 Trustee, and the
entire record herein that the plan as finalized complies with 11 U.S.C.A.
§1325(a) and other applicable provisions of Bankruptcy Code; and that the plan
should be confirmed;
     IT IS THEREFORE, ORDERED BY THE COURT:

1. That the debtor(s)' plan, which is attached hereto, is confirmed;

2. That the debtor pay into the plan as follows:

 Debtor One Employer   DEPARTMENT OF DEFENSE NPC        $250.00 SEMI-MONTHLY

If this is different from the originally proposed plan, then the Trustee is
ordered to enter a separate order changing payment. Furthermore, the
debtor(s)' future earnings shall remain under the exclusive control of this
Court.  In the event of dismissal, or conversion, funds held by the Trustee
shall be paid to creditors unless otherwise ordered by the court.

3. All property shall remain property of the Chapter 13 estate under §§541(a)
and 1306(a) and shall revest in the debtor(s) only upon discharge pursuant to
§1328(a), dismissal of the case, or specific order of the Court.   The
debtor(s) shall remain in possession of and in control of all property of the

estate not transferred to the Trustee, and shall be responsible for the protection and preservation of all such property, pending further orders of the Court.

4. An attorney fee is allowed in the amount of $3,000.00.  The attorney has receieved $500.00 to be retained.

5.  Any real estate tax claimants shall be treated as fully secured if the plan proposes to treat them as secured debts.  If the debtor(s) surrender(s) any real property during the pendency of this case, the real property will no longer be property of the estate and the automatic stay shall terminate regarding interests of affected real property taxing authorities.

6.  The balances of any student loans shall survive discharge if the plan indicates same.

CC: Sylvia Ford Brown              /s/ Sylvia Ford Brown
JB                                 Chapter 13 Trustee
    COHN LAW FIRM
    291 GERMANTOWN BEND COVE
    CORDOVA, TN  38018

CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

```
DEBTOR(S)      CARRIE SUSANNE SINGLETON              SSN XXX-XX-4715
               :
BK NUMBER      13-31771-E
               :6012 ESSEX STREET
               MILLINGTON, TN  38053

PLAN PAYMENT   :(DEBTOR 1)      $250.00   SEMI-MONTHLY      - Payroll Deducti

EMPLOYER(S)    :  DEPARTMENT OF DEFENSE NPC
                  5720 INTEGRITY DR
                  MILLINGTON, TN  38055
```

ADMINISTRATIVE  Pay filing fee, Trustee fee, and debtor's attorney fee

```
                                                          MONTHLY
                                                          PLAN PYMT
```

AUTO INSURANCE:
   AUTO INSURANCE NOT INCLUDED

HOME MORTGAGE: If no arrearage, ongoing payments deleted unless provided

```
   VIRGINIA HOUSING DEVELOPMENT . ongoing pmt. begin             $0.00
        Approx. arrearage         $0.00  Interest      0.00%     $0.00
   [Collateral is being surrendered in full satisfaction of debt]
```

| SECURED CREDITORS: [retain lien 11 U.S.C. | VALUE | INT RATE | MONTHLY PLAN PYMT |
|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | $3,185.00 | 5.25% | $65.00 |
| QUANTUM3 GROUP LLC | $500.00 | 5.25% | $10.00 |

UNSECURED CREDITORS: Pay 100% of these claims as follows:

| | CLAIM | INT RATE | |
|---|---|---|---|
| ACS | $543.00 | 0.00% | $10.00 |
| [Student Loan] | | | |
| DEPARTMENT OF EDUCATION/SLM | $3,297.00 | 0.00% | $70.00 |
| [Student Loan] | | | |
| SALLIE MAE GUARANTEE SERVICES-MC E2148 USAF | $548.82 | 0.00% | $10.00 |
| [Student Loan] | | | |

UNSECURED CREDITORS: Pay 40.00% of these claims after above claims are paid:

| | |
|---|---|
| BANK OF AMERICA | $1,128.00 |
| WEINSTEIN & RILEY | $2,202.23 |
| JC PENNY/GE MONEY BANK | $3,688.00 |
| HUNTER WARFIELD | $129.00 |
| BECKET & LEE LLP | $740.67 |
| AAFES/MIL STAR/EXCHANGE | $8,262.80 |
| NAVY FEDERAL CREDIT UNION | $4,934.54 |
| REGGIE WHITE SLEEP CENTER | $50.00 |
| QUANTUM3 GROUP LLC | $2,578.72 |
| WEINSTEIN & RILEY | $1,042.08 |
| NAVY FEDERAL CREDIT UNION | $2,147.07 |
| QUANTUM3 GROUP LLC | $944.44 |

TERMINATION: Plan shall terminate upon payment of the above, approximately  60 months.